Laurel I. Handley (NV Bar # 9576)
Jory C. Garabedian (NV Bar # 10352)
**ALDRIDGE PITE, LLP**
520 South 4th St., Suite 360
Las Vegas, Nevada 89101
Telephone: (702) 991-4636
Facsimile: (702) 685-6342
E-Mail: jgarabedian@aldridgepite.com

*Attorneys for Plaintiff:*
*Federal National Mortgage Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>NEVADA ASSOCIATION SERVICES, INC.; MOUNTAIN SHADOWS HOMEOWNER'S ASSOCIATION, INC,<br><br>Defendants. | Case No.: 2:18-cv-00017-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE TO MOTION TO DISMISS (ECF NO. 9)**<br><br>**(First Request)** |

Plaintiff FEDERAL NATIONAL MORTGAGE ASSOCIATION ("Fannie Mae") and Defendant MOUNTAIN SHADOWS HOMEOWNER'S ASSOCIATION, INC. (the "HOA"), by and through their respective counsel of record, hereby stipulate and agree to extend the time to respond to the HOA's Motion to Dismiss (ECF No. 9 – filed January 31, 2018) as follows. This is the first request to extend such time.

1. Fannie Mae filed its Complaint in the above-captioned matter on January 4, 2018. (*See* ECF No. 1).

2. The HOA filed its Motion to Dismiss on January 31, 2018 (*see* ECF No. 9) and a response is currently due February 14, 2018.

/././

/././

3. Fannie Mae, the HOA and Defendant Nevada Association Services, Inc. ("NAS") have all been in discussions in an effort to resolve the excess proceeds at issue in this case. Currently, it is anticipated that these discussions will ultimately resolve the pending Motion to Dismiss.

4. Therefore, Fannie Mae and the HOA agree to extend the response deadline to the Motion to Dismiss to March 2, 2018 to complete discussions in resolving the excess proceeds and the Motion to Dismiss.

5. This request is being made in good faith and not for purposes of any undue delay.

DATED this 14th day of February, 2018.

| LEACH JOHNSON SONG & GRUCHOW | ALDRIDGE PITE, LLP |
|---|---|
| /s/ T. Chase Pittsenbarger | /s/ Jory C. Garabedian |
| T. Chase Pittsenbarger<br>Nevada Bar No. 13740<br>*Attorneys for Defendant*<br>*Mountain Shadows Homeowners' Assoc., Inc.* | Jory C. Garabedian<br>Nevada Bar No. 10352<br>*Attorneys for Plaintiff*<br>*Federal National Mortgage Association* |

IT IS SO ORDERED:

_____
U.S. DISTRICT COURT JUDGE

DATED: February 21, 2018

**CERTIFICATE OF SERVICE**

I, the undersigned, declare:  I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action.  My business address is 520 South Fourth Street, Suite 360, Las Vegas, Nevada 89101.

I hereby certify that I served the foregoing **STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE TO MOTION TO DISMISS (ECF NO. 9) (First Request)** via the CM/ECF e-file system to the following parties:

Timothy C. Pittsenbarger     cpittsenbarger@leachjohnson.com
                             glacascia@leachjohnson.com
                             pgutierrez@leachjohnson.com
                             rcallaway@leachjohnson.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of February, 2018, at Las Vegas, Nevada.


 /s/ Stacy Warner
STACY WARNER
An employee of Aldridge Pite, LLP