Laurel I. Handley (NV Bar # 9576)
Jory C. Garabedian (NV Bar # 10352)
**ALDRIDGE PITE, LLP**
520 South 4th St., Suite 360
Las Vegas, Nevada 89101
Telephone: (702) 991-4636
Facsimile: (702) 685-6342
E-Mail: jgarabedian@aldridgepite.com

*Attorneys for Plaintiff:*
*Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>NEVADA ASSOCIATION SERVICES, INC.; MOUNTAIN SHADOWS HOMEOWNER'S ASSOCIATION, INC,<br><br>Defendants. | Case No.: 2:18-cv-00017-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE TO MOTION TO DISMISS (ECF NO. 9)**<br><br>**(Second Request)** |

Plaintiff FEDERAL NATIONAL MORTGAGE ASSOCIATION ("Fannie Mae") and Defendant MOUNTAIN SHADOWS HOMEOWNER'S ASSOCIATION, INC. (the "HOA"), by and through their respective counsel of record, hereby stipulate and agree to extend the time to respond to the HOA's Motion to Dismiss (ECF No. 9 – filed January 31, 2018) as follows. This is the second request to extend such time.

1. Fannie Mae filed its Complaint in the above-captioned matter on January 4, 2018. (*See* ECF No. 1).

2. The HOA filed its Motion to Dismiss on January 31, 2018 (*see* ECF No. 9).

3. The Court approved Fannie Mae and HOA's first stipulation to extend the time to file a response to the Motion to Dismiss to March 2, 2018. (*See* ECF No.12).

/./././

4. Consistent with the first stipulation, Fannie Mae, the HOA and Defendant Nevada Association Services, Inc. ("NAS") have continued to work toward a resolution of the excess proceeds at issue in this case.

5. Fannie Mae has circulated a proposed Stipulation to Deposit Excess Proceeds to the HOA and NAS, which will resolve the claims against the HOA and NAS and will resolve the pending Motion to Dismiss. However, NAS' counsel has been on vacation and will not return to the office until Monday March 5, 2018.

6. Therefore, Fannie Mae and the HOA agree to extend the response deadline to the Motion to Dismiss to March 9, 2018 to obtain NAS' formal approval of the proposed Stipulation to Deposit Excess Proceeds.

7. This request is being made in good faith and not for purposes of any undue delay.

DATED this 2nd day of March, 2018.

| LEACH JOHNSON SONG & GRUCHOW | ALDRIDGE PITE, LLP |
|---|---|
| *T. Chase Pittsenbarger* | *Jory C. Garabedian* |
| T. Chase Pittsenbarger<br>Nevada Bar No. 13740<br>*Attorneys for Defendant*<br>*Mountain Shadows Homeowners' Assoc., Inc.* | Jory C. Garabedian<br>Nevada Bar No. 10352<br>*Attorneys for Plaintiff*<br>*Federal National Mortgage Association* |

IT IS SO ORDERED:

_____
U.S. DISTRICT COURT JUDGE

DATED: March 5, 2018

- 2 -

## CERTIFICATE OF SERVICE

I, the undersigned, declare:  I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action.  My business address is 520 South Fourth Street, Suite 360, Las Vegas, Nevada 89101.

I hereby certify that I served the foregoing **STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE TO MOTION TO DISMISS (ECF NO. 9) (Second Request)** via the CM/ECF e-file system to the following parties:

Timothy C. Pittsenbarger       cpittsenbarger@leachjohnson.com
                               glacascia@leachjohnson.com
                               pgutierrez@leachjohnson.com
                               rcallaway@leachjohnson.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of March, 2018, at Las Vegas, Nevada.


　　　　　　　　　　　　　　　　 /s/ Stacy Warner
　　　　　　　　　　　　　　　　STACY WARNER
　　　　　　　　　　　　　　　　An employee of Aldridge Pite, LLP

- 3 -