Laurel I. Handley (NV Bar # 9576)
Jory C. Garabedian (NV Bar # 10352)
**ALDRIDGE PITE, LLP**
520 South 4th St., Suite 360
Las Vegas, Nevada 89101
Telephone: (702) 991-4636
Facsimile: (702) 685-6342
E-Mail: jgarabedian@aldridgepite.com

*Attorneys for Plaintiff:*
*Federal National Mortgage Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>NEVADA ASSOCIATION SERVICES, INC.; MOUNTAIN SHADOWS HOMEOWNER'S ASSOCIATION, INC,<br><br>Defendants. | Case No.: 2:18-cv-00017-JCM-VCF<br><br>**STIPULATION AND ORDER TO DEPOSIT EXCESS PROCEEDS WITH COURT** |

Plaintiff FEDERAL NATIONAL MORTGAGE ASSOCIATION ("Fannie Mae"), Defendant MOUNTAIN SHADOWS HOMEOWNER'S ASSOCIATION, INC. (the "HOA"), and Defendant NEVADA ASSOCIATION SERVICES, INC. ("NAS" and collectively the "Parties") by and through their respective counsel of record, hereby stipulate and agree as follows:

1. Fannie Mae filed its Complaint in the above-captioned matter on January 4, 2018, seeking to recover excess proceeds as a result of an NRS 116 foreclosure sale conducted by NAS on behalf o the HOA. (*See* ECF No. 1).

2. The HOA filed its Motion to Dismiss on January 31, 2018 (*See* ECF No. 9).

3. In resolution of the Complaint and Motion to Dismiss, the Parties agree that the excess proceeds at issue shall be deposited with the Clerk of the Court in accordance with Fed. R. Civ. P. 67(a).

4. Within ten (10) days after the Court enters an Order adopting this Stipulation, NAS shall deposit excess proceeds in the amount of $133,110.49 (hereinafter the "Excess Proceeds") with the Clerk of the Court for the Court to adjudicate any and all rights to the Excess Proceeds.

5. Fannie Mae shall thereafter amend its Complaint as a matter of course to remove the HOA and NAS as party defendants, and to name the heirs of Carl D. Calos as defendants who are other potential claimants to the Excess Proceeds.

6. Upon depositing the Excess Proceeds and upon the filing of the Amended Complaint, the claims against NAS and the HOA will be rendered moot and both NAS and the HOA shall be considered dismissed without prejudice from the above-captioned with each party to bear their own attorney's fees and costs as to each other.

7. The Motion to Dismiss (ECF No. 9) is hereby withdrawn as a result of this Stipulation and Order.

DATED this 9th day of March, 2018.

| LEACH JOHNSON SONG & GRUCHOW | ALDRIDGE PITE, LLP |
|---|---|
| */s/ T. Chase Pittsenbarger* | */s/ Jory C. Garabedian* |
| T. Chase Pittsenbarger<br>Nevada Bar No. 13740<br>*Attorneys for Defendant*<br>*Mountain Shadows Homeowners' Assoc., Inc.* | Jory C. Garabedian<br>Nevada Bar No. 10352<br>*Attorneys for Plaintiff*<br>*Federal National Mortgage Association* |

NEVADA ASSOCIATION SERVICES, INC.

*/s/ Brandon E. Wood*

Brandon E. Wood
Nevada Bar No. 12900
*Attorney for Defendant*
*Nevada Association Services, Inc.*

IT IS SO ORDERED:

_____
U.S. DISTRICT COURT JUDGE

DATED: March 21, 2018

**CERTIFICATE OF SERVICE**

I, the undersigned, declare: I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. My business address is 1400 East Southern Avenue, Suite 650, Tempe, Arizona 85282.

I hereby certify that I served the foregoing **STIPULATION AND ORDER TO DEPOSIT EXCESS PROCEEDS WITH COURT** via the CM/ECF e-file system to the following parties:

Timothy C. Pittsenbarger        cpittsenbarger@leachjohnson.com
                                glacascia@leachjohnson.com
                                pgutierrez@leachjohnson.com
                                rcallaway@leachjohnson.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of March, 2018, at Tempe, Arizona.

_____
CHELSEA MILLER
An employee of Aldridge Pite, LLP